UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                   No. C 14-663 SI (pr)

SEAN MONTGOMERY,                          **ORDER OF DISMISSAL**

      Plaintiff.

_____/

Plaintiff sent to the court a letter complaining about his prison conditions. In an effort to protect his rights, a new action was opened and the letter was filed on February 12, 2014. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 19, 2014

                                                    _____
                                                      SUSAN ILLSTON
                                                    United States District Judge