UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                     No. C 14-663 SI (pr)

SEAN MONTGOMERY,                                             **JUDGMENT**

       Plaintiff.
                                              /

       This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

       IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2014                                      _____
                                                                             SUSAN ILLSTON
                                                                             United States District Judge